United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/07

------------------------------------X
|
ABC                                 |   **NOTICE OF ASSIGNMENT**
|
-V-                                 |
|
XYZ                                 |   07   civ.   3277   (      )
|
|
------------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

    **JUDGE**_____VICTOR MARRERO_____

    All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

J. Michael McMahon, Clerk of Court

**Dated:** 5/10/2007

by: _____

KARLENE JOHNSON, Deputy Clerk

**DESIGNATED TO MAGISTRATE JUDGE**____KEVIN N. FOX_____

CC: Attorneys of Record

NOTICE OF ASSIGNMENT FORM

U.S.D.C. S.D.N.Y. Docket Support Unit                                    Revised: March 27, 2006