

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
SECURITY INSURANCE COMPANY OF :
HARTFORD Itself and as Successor in Interest to :
The Fire and Casualty Insurance Company of :
Connecticut and The Connecticut Indemnity :
Company, :
: 
                             Petitioner, :
: **Docket No. 07 CV 3277 (VM)**
               -against- :
: **STIPULATION AND**
COMMERCIAL RISK REINSURANCE : **ORDER TO UNSEAL**
COMPANY LIMITED (BERMUDA) and :
COMMERCIAL RISK RE-INSURANCE :
COMPANY (VERMONT), :
:
                            Respondents. :
:
----------------------------------------------------------------- x

       IT IS HEREBY STIPULATED AND AGREED by the parties Petitioner Security Insurance Company of Hartford and Respondents Commercial Risk Reinsurance Company Limited and Commercial Risk Re-Insurance Company that the instant proceeding, which relates to a petition to compel the arbitration referred to by the parties as "Non-DIG" and which was filed under seal in accordance with the terms of a confidentiality agreement between the parties and pursuant to an April 24, 2007 Order of this Court (Griesa, J.), and all documents filed in the instant proceeding, be unsealed.

MICROFILMED
NOV 1 5 2007 -3 00 PM

NY 71075087V1

IT IS FURTHER STIPULATED AND AGREED that any further pleadings, orders, or other submissions in this proceeding be filed unsealed.

Dated: New York, New York
November 13, 2007

STROOCK & STROOCK & LAVAN LLP

By: _____
Michele L. Jacobson (MJ-4297)
Attorneys for Petitioner
180 Maiden Lane
New York, New York 10038
(212) 806-6067

D'AMATO & LYNCH, LLP

By: _____
John P. Higgins (JH-2419)
Attorneys for Respondents
70 Pine Street
New York, New York 10270
(212) 269-0927

SO ORDERED: 13 November 2007

_____
Victor Marrero
U.S.D.J.