# EXHIBIT 15

```
-----------------------------------------------------------x
In the Matter of the Arbitration of

SECURITY INSURANCE COMPANY OF
HARTFORD Itself and as Successor in Interest to
THE FIRE AND CASUALTY INSURANCE           Panel:
COMPANY OF CONNECTICUT and THE
CONNECTICUT INDEMNITY COMPANY,            David Thirkill (Umpire)
                                          Theodor Dielmann
              Claimant,                   Martin Haber

       -against-

COMMERCIAL RISK REINSURANCE
COMPANY LIMITED (BERMUDA) and
COMMERCIAL RISK RE-INSURANCE
COMPANY (VERMONT),

(Non- DIC)        Respondents.
-----------------------------------------------------------x
```

## STIPULATION

WHEREAS, David Thirkill, Martin Haber and Theodor Dielmann have been appointed to serve as members of the Arbitration Panel ("Panel") in the above-captioned arbitration; and

WHEREAS, an organizational meeting was held on March 28, 2006, in the offices of Stroock & Stroock & Lavan, LLP at 180 Maiden Lane, New York, New York, 10038, at which counsel for both parties and all members of the Panel were present; and

WHEREAS, the Panel members have in good faith and to the best of their recollection disclosed any interest in the outcome of these proceedings, and any business and social relationships which they have or have had among themselves and/or with parties, counsel, and as applicable, others; and

WHEREAS, based on those disclosures, the parties have unanimously found that no Panel member has any conflict of interest that would make him or her unfit to serve in this Arbitration; and

WHEREAS, based on those disclosures, the parties accept this Panel as being without conflicts of interest and duly constituted to hear the matter(s) under dispute in this Arbitration.

NOW, THEREFORE, the parties agree as follows:

(1) Each party agrees that it shall not assert any claim, file any suit, or initiate any action against the Panel or any member thereof in connection with their rendering of services as arbitrator and/or umpire in this Arbitration proceeding (including, but not limited to, any claim, suit or

action relating to any alleged conflict, bias or lack of disinterestedness); and

(2) Both parties further agree jointly and severally, to protect, defend, indemnify and hold harmless any and all members of the Panel against any and all expenses, costs and fees of any kind incurred by the members of the Panel, and the payment of their reasonable hourly fees, in connection with any claim, action or lawsuit arising or resulting from or out of this Arbitration.

Nothing in this Stipulation, however, shall abridge any rights the Petitioner and Respondent may have with respect to each other to seek to vacate or modify any Order, Ruling or Award which the Panel may render except in regard to any conflicts of interest which have been fully disclosed to the parties. This Stipulation is non-cancelable and of unlimited duration.

Members of the Panel:

Arbitrator: _____

Arbitrator: _____

Umpire: _____

AGREED:

_____ for Claimant

_____ for Respondent

Dated: 3/28/06