# EXHIBIT 18

```
-----Original Message-----
From: theo <theo.dielmann@th-dielmann.com>
To: David Thirkill <coomac@comcast.net>; Haber Martin D
<haberlaw@aol.com>; Lewner, Andrew S.; Jacobson, Michele L.; John
Higgins <JHiggins@damato-lynch.com>
Sent: Tue Mar 20 12:13:45 2007
Subject: Re: SICH/CRP /DIG and NON-DIG Arbitrations

Dear Counsel & Co-panelists,
After in-depth deliberation I wish to withdraw as arbitrator from both
the NON-DIG and DIG arbitrations (the Panel of the latter having
remained constituted until all parts of the Order have been fully
performed) Best regards, Theo Dielmann
```