# EXHIBIT 19

-----Original Message-----
From: Jacobson, Michele L.
Sent: Tuesday, March 20, 2007 5:33 PM
To: 'coomac@comcast.net'; JHiggins@damato-lynch.com; Lewner, Andrew S.
Cc: haberlaw@aol.com
Subject: RE: SICH/CRP /DIG and NON-DIG Arbitrations

Dear Mr. Thirkill and Mr. Haber:

Thank you for your email below.

Security Insurance Company of Hartford does not agree to a postponement of the hearing dates, and we have informed Mr. Higgins that we fully expect that those hearing dates will hold firm.

Respectfully,
Michele Jacobson

-----Original Message-----
From: coomac@comcast.net [mailto:coomac@comcast.net]
Sent: Tuesday, March 20, 2007 5:24 PM
To: JHiggins@damato-lynch.com; Lewner, Andrew S.; Jacobson, Michele L.
Cc: haberlaw@aol.com
Subject: Re: SICH/CRP /DIG and NON-DIG Arbitrations


Dear Counsel

Mr. Haber and I note, with regret, the withdrawal of Mr. Dielmann as party appointed arbitrator for Commercial Risk.

We believe that Commercial Risk should appoint a replacement as soon as possible. Since the hearing is not scheduled to start for over three months, we do not see any need for postponement unless the parties mutually agree otherwise.

Thank you

David Thirkill
Umpire