# EXHIBIT 20

-----Original Message-----
From: Higgins, John [mailto:JHiggins@damato-lynch.com]
Sent: Tuesday, March 20, 2007 5:56 PM
To: coomac@comcast.net; Lewner, Andrew S.; Jacobson, Michele L.
Cc: haberlaw@aol.com
Subject: RE: SICH/CRP /DIG and NON-DIG Arbitrations


Mr Thirkill,
Thanks for this, which we have noted.
Best,
JPH

-----Original Message-----
From: coomac@comcast.net [mailto:coomac@comcast.net]
Sent: Tuesday, March 20, 2007 5:24 PM
To: Higgins, John; alewner@stroock.com; mjacobson@stroock.com
Cc: haberlaw@aol.com
Subject: Re: SICH/CRP /DIG and NON-DIG Arbitrations

Dear Counsel

Mr. Haber and I note, with regret, the withdrawal of Mr. Dielmann as
party appointed arbitrator for Commercial Risk.

We believe that Commercial Risk should appoint a replacement as soon
as possible. Since the hearing is not scheduled to start for over
three months, we do not see any need for postponement unless the
parties mutually agree otherwise.

Thank you

David Thirkill
Umpire