# EXHIBIT 22

# D'AMATO & LYNCH

LAWYERS

70 PINE STREET

NEW YORK, N.Y. 10270-0110

TELEPHONE 212-269-0927
WWW.DAMATO-LYNCH.COM
CABLE ADDRESS
DAMCOSH
TELEX 960085 DCOS UI NYK
TELECOPIER: 212-269-3559

LONDON OFFICE
LLOYD'S
ONE LIME STREET
LONDON EC3M 7HA, ENGLAND
TELEPHONE 0207 816 5977
TELECOPIER 0207 816 7257

Direct Dial: (212) 909-2036
E-Mail: jhiggins@damato-lynch.com

March 20, 2007

<u>*Via E-Mail*</u>
Mr. Andrew Lewner
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Re:  In the Matter of the Arbitrations between Commercial Risk Reinsurance Company Limited (Bermuda) and Commercial Risk Re-Insurance Company (Vermont) and Security Insurance Company of Hartford, The Fire and Casualty Insurance Company of Connecticut and The Connecticut Indemnity Company (DIG)
Our Ref. No.: 812-72904

Dear Andrew:

We received yours of today concerning Mr Dielmann. There will be no need for you to wait until close of business tomorrow to take such steps as SICH may see fit to take. We will not be responding in any way to the request for information. We note your expectation and commitment to the non-DIG hearing dates.

Very truly yours,

John P. Higgins

cc: Ms. Michele L. Jacobson
/lc

#263744v1