# EXHIBIT 24

```
-----Original Message-----
From: David Thirkill <coomac@comcast.net>
To: Higgins, John <JHiggins@damato-lynch.com>
CC: haberlaw@aol.com <haberlaw@aol.com>; Jacobson, Michele L.; Lewner, Andrew S.
Sent: Sun Apr 01 11:57:07 2007
Subject: Re: SICH/CRP /DIG and NON-DIG Arbitrations
```

Dear Mr Higgins

Thank you for your note of the 20th March responding to mine of the same date. Although there is still some time to go until the hearing, Mr Haber and I are of the opinion that the replacement for Mr. Dielmann should be made as soon as possible. You should, by now, have had the opportunity of discussing the matter with Commercial Risk. Would you kindly advise us by Wednesday of this week as to the replacement.

Thank you and regards

David Thirkill
Umpire

On Mar 20, 2007, at 5:56 PM, Higgins, John wrote:

> Mr Thirkill,
> Thanks for this, which we have noted.
> Best,
> JPH
>
> -----Original Message-----
> From: coomac@comcast.net [mailto:coomac@comcast.net]
> Sent: Tuesday, March 20, 2007 5:24 PM
> To: Higgins, John; alewner@stroock.com; mjacobson@stroock.com
> Cc: haberlaw@aol.com
> Subject: Re: SICH/CRP /DIG and NON-DIG Arbitrations
>
> Dear Counsel
>
> Mr. Haber and I note, with regret, the withdrawal of Mr. Dielmann as
> party appointed arbitrator for Commercial Risk.
>
> We believe that Commercial Risk should appoint a replacement as soon
> as possible. Since the hearing is not scheduled to start for over
> three months, we do not see any need for postponement unless the
> parties mutually agree otherwise.
>
> Thank you
>
> David Thirkill
> Umpire
>

1