# EXHIBIT 28

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-07
```

COMMERCIAL RISK REINSURANCE
COMPANY LIMITED and
COMMERCIAL RISK RE-INSURANCE COMPANY,

                                        Plaintiffs,

            — against —

SECURITY INSURANCE COMPANY OF
HARTFORD (for itself, and as
Successor in Interest to The Fire and
Casualty Insurance Company of
Connecticut, The Connecticut
Indemnity Company and Employee
Benefits Insurance Company),

                                        Defendant.

07 Civ. 02772 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiffs Commercial Risk Reinsurance Company Limited
and Commercial Risk Re-Insurance Company (collectively
"Commercial Risk"), moved by order to show cause on April 5,
2007 for a preliminary injunction to enjoin defendants from
attempting to enforce an arbitration award which permits
defendant Security Insurance Company of Hartford ("SICH") to
draw down on a letter of credit posted by Commercial Risk
during recent arbitration proceedings.

    The Court received and reviewed the parties' papers prior
to a hearing scheduled for April 9, 2007. After hearing
arguments from both sides, having fully reviewed the parties'
briefs and supporting papers, and giving due consideration to
the arguments raised by both sides, for the reasons set forth

on the record at the hearing on that day, the Court finds that Commercial Risk has failed to satisfy any of the standards that warrant granting a preliminary injunction. Accordingly, the Court denies Commercial Risk's motion.

The parties are directed to confer and develop a proposed case management plan to submit to the Court for review and approval in connection with any further proceedings contemplated before this Court on this matter.


**SO ORDERED.**

DATED:     New York, New York
           10 April 2007


                                    Victor Marrero
                                      U.S.D.J.

2