**EXHIBIT 29**

| | |
|---|---|
| **From:** | Lewner, Andrew S. |
| **Sent:** | Monday, April 09, 2007 5:34 PM |
| **To:** | pagentile@optonline.net |
| **Cc:** | haberlaw@aol.com; ccomac@comcast.net; JHiggins@damato-lynch.com; Jacobson, Michele L.; Shuiman, Regan |
| **Subject:** | Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company et al (Non-DIG Arbitration) |



SSL-DOCS2-703357
85-v1-Gentile ...

    Mr. Gentile,

We understand that you have been appointed as Commercial Risk's replacement arbitrator to the arbitration panel in the above captioned arbitration.  Accordingly, we ask that you please complete the attached arbitrator questionnaire.  In light of the impending arbitration hearing dates of June 25 - 29, 2007, we respectfully ask that you complete and return the questionnaire within one week.

Respectfully,

Andrew S. Lewner, Esq.
Stroock & Stroock & Lavan, LLP
Direct Dial: 212-806-5820
Desktop Fax: 212-806-7820
E-mail: alewner@stroock.com

1

```
                                                            X
In the Matter of the Arbitration of                         :
                                                            :
SECURITY INSURANCE COMPANY OF                               :
HARTFORD itself and as successor in interest to             :
THE FIRE AND CASUALTY INSURANCE                             :
COMPANY OF CONNECTICUT, THE                                 :
CONNECTICUT INDEMNITY COMPANY, and                          :
EMPLOYEE BENEFITS INSURANCE                                 :
COMPANY,                                                    :
                                                            :
                            Claimant,                       :
        - against -                                         :
                                                            :
COMMERCIAL RISK REINSURANCE                                 :
COMPANY LIMITED (BERMUDA) and                               :
COMMERCIAL RISK RE-INSURANCE                                :
COMPANY (VERMONT),                                          :
                                                            :
                            Respondents.                    :
(Non-DIG Arbitration)
                                                            X
```

## ARBITRATOR QUESTIONNAIRE

To assist the parties in evaluating the qualifications of persons nominated to serve as arbitrator in the arbitration between the parties listed above, and to identify any potential conflict of interest, please supply the following information.

1. Name: _____

Company: _____

Address: _____

Telephone: _____

Home Address: _____

Home Telephone: _____

2. CURRENT EMPLOYMENT (Position and Length of Employment).

Position Title: _____

Length of Employment: _____

Principal Duties: _____

PAST QUALIFYING EMPLOYMENT (if not currently an officer of an insurance or reinsurance company).

_____
_____
_____
_____
_____
_____

Please attach a resume or curriculum vitae.

3. Are you presently or have you ever been an employee, officer, director, shareholder, agent or consultant of any of the parties listed below, or of such parties' subsidiaries, affiliates or parent companies.

Security Insurance Company of Hartford
The Fire and Casualty Insurance Company of Connecticut
The Connecticut Indemnity Company
Employee Benefits Insurance Company
Royal & Sun Alliance
ARTIS Group
The SCOR Group
Commercial Risk Reinsurance Company Limited (Bermuda)
Commercial Risk Re-Insurance Company (Vermont)
NHE Group
Occupational Risk Services ("ORS") Group
High Powered Programs ("HPP") Group

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____

4. Have you ever served as an arbitrator, umpire, attorney, or expert witness in a matter involving any of the parties listed above or any subsidiaries, affiliates or parent companies of such parties?

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____

5. Have you ever had any involvement in an insurance or reinsurance transaction or dispute involving any of the parties listed above or any subsidiaries, affiliates or parent companies of such parties?

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____

6. If you are currently are or have previously been affiliated with a law firm, has that law firm ever represented any of the parties listed above or any subsidiaries, affiliates or parent companies of such parties?

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____

7. If you currently are or have previously been affiliated with a law firm, has that law firm to your knowledge ever represented a client which was adverse to any of the parties listed above or any subsidiaries, affiliates or parent companies of such parties in any proceeding of any kind?

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____

8. To your knowledge, do any of companies with which you are presently affiliated or in which you presently have a financial interest have an ongoing business relationship with any of the parties and/or affiliates listed above?

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____

9. Have you ever had any involvement in an insurance or reinsurance transaction or dispute involving any of the specific claims, policies and/or treaties at issue in this matter as listed below?

This arbitration involves whether payments made by Security Insurance Company of Hartford itself and as Successor in Interest to The Fire and Casualty Insurance Company of Connecticut, The Connecticut Indemnity Company, and Employee Benefits Insurance Company ("Claimant") for losses incurred in connection with the NHE Program, the ORS Program and the HPP Program are reimbursable to Claimant, pursuant to the terms of reinsurance agreements issued to Claimants by Commercial Risk Reinsurance Company Limited (Bermuda) and Commercial Risk Re-Insurance Company (Vermont).

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____

10. Have you ever served on an arbitration panel with Martin Haber?

[ ] Yes [ ] No

If yes, for each such arbitration, state the approximate date of commencement and termination (or whether still pending) and the respective capacities in which you and Martin Haber acted, i.e., as arbitrator or umpire.

_____
_____
_____
_____

11. Have you ever served on an arbitration panel with David Thirkill?

[ ] Yes [ ] No

If yes, for each such arbitration, state the approximate date of commencement and termination (or whether still pending) and the respective capacities in which you and David Thirkill acted, i.e., as arbitrator or umpire.

_____
_____
_____
_____

12. Have you ever served as an arbitrator, umpire, expert witness or consultant in an arbitration or litigation at the request of any counsel involved in this arbitration?

D'Amato & Lynch

Stroock & Stroock & Lavan LLP

[ ] Yes [ ] No

If yes, identify counsel and disclose type of service and approximate date so engaged.

_____
_____
_____
_____

13. This arbitration involves whether payments made by Security Insurance Company of Hartford itself and as Successor in Interest to The Fire and Casualty Insurance Company of Connecticut, The Connecticut Indemnity Company, and Employee Benefits Insurance Company ("Claimant") for losses incurred in connection with the NHE Program, the ORS Program and the HPP Program are reimbursable to Claimant pursuant to the terms of reinsurance agreements issued to Claimants by Commercial Risk Reinsurance Company Limited (Bermuda) and Commercial Risk Re-Insurance Company (Vermont).

Would these facts or circumstances prevent you from rendering an unbiased decision in this arbitration?

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____
_____

14. Are you aware of any facts or circumstances which (1) might impair your ability to serve or (2) might create an appearance of partiality on your part in the above-captioned arbitration?

[ ] Yes [ ] No

If yes, please explain.

_____
_____
_____
_____

15. Are you available to serve as an arbitrator in this arbitration during the week of June 25 – June 29, 2007.

_____
_____
_____
_____

Signature: _____
Date: _____