**EXHIBIT 30**

```
-----Original Message-----
From: Jacobson, Michele L.
Sent: Wednesday, April 11, 2007 12:48 PM
To: Higgins, John; Lewner, Andrew S.; haberlaw@aol.com; pagentile@optonline.net;
coomac@comcast.net; Shulman, Regan
Subject: RE: Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company
et al (Non-DIG Arbitration)
```

Dear John: We don't think it appropriate for you to respond on Mr. Gentile's behalf.

Dear Mr. Gentile: We would appreciate it if you would complete the questionnaire forwarded to you. In light of Mr Higgins' comment on the hearing dates of June 25-June 29, 2007, which were agreed to by the parties and the panel, we reiterate our questionnaire's question concerning your availabilty for a hearing on those dates. Please so advise.

Regards,
Michele Jacobson

```
-----Original Message-----
From: Higgins, John [mailto:JHiggins@damato-lynch.com]
Sent: Tuesday, April 10, 2007 2:55 PM
To: Lewner, Andrew S.; haberlaw@aol.com; Jacobson, Michele L.; pagentile@optonline.net
Subject: FW: Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company
et al (Non-DIG Arbitration)
```

Andrew,
Thanks for this.

We are certain that in due course, Mr Gentile will be pleased to provide the information on the questionaire, but we believe that this should await the complete constitution of the new panel. We have asked Mr Gentile to contact Mr Haber about third arbitrator selection under the treaty.

The hearing dates you indicate would appear to be most unlikely. Best,
JPH

```
-----Original Message-----
From: Lewner, Andrew S. [mailto:alewner@stroock.com]
Sent: Monday, April 09, 2007 5:34 PM
To: pagentile@optonline.net
Cc: haberlaw@aol.com; coomac@comcast.net; Higgins, John; Jacobson, Michele
(MJACOBSON@stroock.com); rshulman@stroock.com
Subject: Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company et
al (Non-DIG Arbitration)
```

Mr. Gentile,

We understand that you have been appointed as Commercial Risk's replacement arbitrator to the arbitration panel in the above captioned arbitration. Accordingly, we ask that you please complete the attached arbitrator questionnaire. In light of the impending arbitration hearing dates of June 25 - 29, 2007, we respectfully ask that you complete and return the questionnaire within one week.

1

Respectfully,

Andrew S. Lewner, Esq.
Stroock & Stroock & Lavan, LLP
Direct Dial: 212-806-5820
Desktop Fax: 212-806-7320
E-mail: alewner@stroock.com

================================================================
==========================================
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS in
Circular 230, we inform you that any tax advice contained in this communication (including
any attachment that does not explicitly state otherwise) is not intended or written to be
used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any transaction
or matter addressed herein.
================================================================
==========================================

2