# EXHIBIT 31

```
From: pagentile@optonline.net [mailto:pagentile@optonline.net]
Sent: Thursday, April 12, 2007 10:25 AM
To: Jacobson, Michele L.
Cc: Higgins, John; Lewner, Andrew S.; haberlaw@aol.com
Subject: Re: RE: Security Insurance Company of Hartford v. Commercial
Risk Reinsurance Company et al (Non-DIG Arbitration)
```

Dear Ms. Jacobson,
Thank you for your email yesterday. Based upon your email on Monday, which indicated that you desired a response within a week, I was surprised to receive a second request within forty eight hours. While it is unusual for a Party Appointed Arbitrator to receive a questionnaire which is typically reserved for Umpires, I will, of cause disclose any potential conflicts at the appropriate time.
Commercial Risk has requested that I contact Mr. Marty Haber in an effort to agree on a process for selecting the third arbitrator for this Panel consistent with the provisions of the contract or other directive of the parties.
When a third Arbitrator is selected, this Panel will meet with counsel to select a mutually convenient date for the Arbitration Hearing.

Sincerely,
Peter Gentile

----- Original Message -----
From: "Jacobson, Michele L."
Date: Wednesday, April 11, 2007 12:48 pm
Subject: RE: Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company et al (Non-DIG Arbitration)
To: "Higgins, John" , "Lewner, Andrew S." , haberlaw@aol.com, pagentile@optonline.net, coomac@comcast.net, "Shulman, Regan"

> Dear John: We don't think it appropriate for you to respond on Mr.
> Gentile's behalf.
>
> Dear Mr. Gentile: We would appreciate it if you would complete the
> questionnaire forwarded to you. In light of Mr Higgins' comment
> on the
> hearing dates of June 25-June 29,2007, which were agreed to by the
> parties and the panel, we reiterate our questionnaire's question
> concerning your availabilty for a hearing on those dates. Please so
> advise.
>
> Regards,
> Michele Jacobson
>
>
> -----Original Message-----
> From: Higgins, John [mailto:JHiggins@damato-lynch.com]
> Sent: Tuesday, April 10, 2007 2:55 PM
> To: Lewner, Andrew S.; haberlaw@aol.com; Jacobson, Michele L.;

```
> pagentile@optonline.net
> Subject: FW: Security Insurance Company of Hartford v.
> Commercial Risk
> Reinsurance Company et al (Non-DIG Arbitration)
>
> Andrew,
> Thanks for this.
>
> We are certain that in due course, Mr Gentile will be pleased to
> providethe information on the questionaire, but we believe that
> this should
> await the complete constitution of the new panel. We have asked Mr
> Gentile to contact Mr Haber about third arbitrator selection
> under the
> treaty.
>
> The hearing dates you indicate would appear to be most unlikely.
> Best,
> JPH
>
> -----Original Message-----
> From: Lewner, Andrew S. [mailto:alewner@stroock.com]
> Sent: Monday, April 09, 2007 5:34 PM
> To: pagentile@optonline.net
> Cc: haberlaw@aol.com; coomac@comcast.net; Higgins, John; Jacobson,
> Michele (MJACOBSON@stroock.com); rshulman@stroock.com
> Subject: Security Insurance Company of Hartford v. Commercial Risk
> Reinsurance Company et al (Non-DIG Arbitration)
>
> Mr. Gentile,
>
> We understand that you have been appointed as Commercial Risk's
> replacement arbitrator to the arbitration panel in the above
captioned
> arbitration. Accordingly, we ask that you please complete the
> attachedarbitrator questionnaire. In light of the impending
> arbitration hearing
> dates of June 25 - 29, 2007, we respectfully ask that you
> complete and
> return the questionnaire within one week.
>
> Respectfully,
>
> Andrew S. Lewner, Esq.
> Stroock & Stroock & Lavan, LLP
> Direct Dial: 212-806-5820
> Desktop Fax: 212-806-7820
> E-mail: alewner@stroock.com
>
>
>
========================================================================
=
> ==============================================
> IRS Circular 230 Disclosure: To ensure compliance with requirements
> imposed by the IRS in Circular 230, we inform you that any tax advice
> contained in this communication (including any attachment that
```

```
> does not
> explicitly state otherwise) is not intended or written to be
> used, and
> cannot be used, for the purpose of (i) avoiding penalties under the
> Internal Revenue Code or (ii) promoting, marketing or
> recommending to
> another party any transaction or matter addressed herein.
>
================================================================
=
> ============================================
>
>
>
================================================================
================================================
> IRS Circular 230 Disclosure: To ensure compliance with
> requirements imposed by the IRS in Circular 230, we inform you
> that any tax advice contained in this communication (including
> any attachment that does not explicitly state otherwise) is not
> intended or written to be used, and cannot be used, for the
> purpose of (i) avoiding penalties under the Internal Revenue
> Code or (ii) promoting, marketing or recommending to another
> party any transaction or matter addressed herein.
>
================================================================
================================================
>
>


Peter Gentile
7976 Cranes Pointe Way
West Palm Beach FL. 33412
(203) 246-6091
```