# EXHIBIT 32

**From:** Higgins, John [mailto:JHiggins@damato-lynch.com]
**Sent:** Thursday, April 12, 2007 11:12 AM
**To:** Jacobson, Michele L.
**Cc:** Lewner, Andrew S.; haberlaw@aol.com; Jacobson, Michele L.; pagentile@optonline.net
**Subject:** FW: RE: Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company et al (Non-DIG Arbitration)

Michele,
Mr Gentile and we have discussed this recent exchange initiated by you. He expressed his discomfort at being faced with direct communications with demands from you, as counsel to the party adverse to that which appointed him. This is not only most unusual, but improper in the context of arbitration with a panel of three arbitrators, as here. We must insist that this activity cease and that the parties proceed in accordance with the provisions of the treaties.

We await your advice of RSA's position on the AAA provision in the arbitration clauses of the treaties. We also await confirmation of your re-appointment of Mr Haber. Please consider this CRP's request that RSA appoint within 30 days.
Best,
JPH

**From:** pagentile@optonline.net [mailto:pagentile@optonline.net]
**Sent:** Thursday, April 12, 2007 10:25 AM
**To:** Jacobson, Michele L.
**Cc:** Higgins, John; Lewner, Andrew S; haberlaw@aol.com
**Subject:** Re: RE: Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company et al (Non-DIG Arbitration)

Dear Ms. Jacobson,
Thank you for your email  yesterday. Based upon your email on Monday,which indicated that you desired a response within a week, I was surprised to receive a second request within forty eight hours.While it is unusual for a Party Appointed Arbitrator to receive a questionnaire which is typically reserved for Umpires, I will, of cause disclose any potential conflicts at the appropriate time.
Commercial Risk has requested that I contact Mr. Marty Haber in an effort to agree on a process for selecting the third arbitrator for this Panel consistent with the provisions of the contract or other directive of the parties.
When a third Arbitrator is selected, this Panel will meet with counsel  to select a mutually convenient date for the Arbitration Hearing.

Sincerely,
Peter Gentile

----- Original Message -----

4/22/2007

From: "Jacobson, Michele L."
Date: Wednesday, April 11, 2007 12:48 pm
Subject: RE: Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company et al (Non-DIG Arbitration)
To: "Higgins, John" , "Lewner, Andrew S." , haberlaw@aol.com, pagentile@optonline.net, coomac@comcast.net, "Shulman, Regan"

> Dear John: We don't think it appropriate for you to respond on Mr.
> Gentile's behalf.
>
> Dear Mr. Gentile: We would appreciate it if you would complete the
> questionnaire forwarded to you. In light of Mr Higgins' comment
> on the
> hearing dates of June 25-June 29,2007, which were agreed to by the
> parties and the panel, we reiterate our questionnaire's question
> concerning your availabilty for a hearing on those dates. Please so
> advise.
>
> Regards,
> Michele Jacobson
>
>
> -----Original Message-----
> From: Higgins, John [mailto:JHiggins@damato-lynch.com]
> Sent: Tuesday, April 10, 2007 2:55 PM
> To: Lewner, Andrew S.; haberlaw@aol.com; Jacobson, Michele L.;
> pagentile@optonline.net
> Subject: FW: Security Insurance Company of Hartford v.
> Commercial Risk
> Reinsurance Company et al (Non-DIG Arbitration)
>
> Andrew,
> Thanks for this.
>
> We are certain that in due course, Mr Gentile will be pleased to
> providethe information on the questionaire, but we believe that
> this should
> await the complete constitution of the new panel. We have asked Mr
> Gentile to contact Mr Haber about third arbitrator selection
> under the
> treaty.
>
> The hearing dates you indicate would appear to be most unlikely.
> Best,
> JPH
>
> -----Original Message-----
> From: Lewner, Andrew S. [mailto:alewner@stroock.com]
> Sent: Monday, April 09, 2007 5:34 PM
> To: pagentile@optonline.net
> Cc: haberlaw@aol.com; coomac@comcast.net; Higgins, John; Jacobson,

4/22/2007

> Michele (MJACOBSON@stroock.com); rshulman@stroock.com
> Subject: Security Insurance Company of Hartford v. Commercial Risk
> Reinsurance Company et al (Non-DIG Arbitration)
>
> Mr. Gentile,
>
> We understand that you have been appointed as Commercial Risk's
> replacement arbitrator to the arbitration panel in the above captioned
> arbitration. Accordingly, we ask that you please complete the
> attachedarbitrator questionnaire. In light of the impending
> arbitration hearing
> dates of June 25 - 29, 2007, we respectfully ask that you
> complete and
> return the questionnaire within one week.
>
> Respectfully,
>
> Andrew S. Lewner, Esq.
> Stroock & Stroock & Lavan, LLP
> Direct Dial: 212-806-5820
> Desktop Fax: 212-806-7820
> E-mail: alewner@stroock.com
>
>
> ===================================================================
> ============================================
> IRS Circular 230 Disclosure: To ensure compliance with requirements
> imposed by the IRS in Circular 230, we inform you that any tax advice
> contained in this communication (including any attachment that
> does not
> explicitly state otherwise) is not intended or written to be
> used, and
> cannot be used, for the purpose of (i) avoiding penalties under the
> Internal Revenue Code or (ii) promoting, marketing or
> recommending to
> another party any transaction or matter addressed herein.
> ===================================================================
> ============================================
>
>
>
===================================================================
> IRS Circular 230 Disclosure: To ensure compliance with
> requirements imposed by the IRS in Circular 230, we inform you
> that any tax advice contained in this communication (including
> any attachment that does not explicitly state otherwise) is not
> intended or written to be used, and cannot be used, for the
> purpose of (i) avoiding penalties under the Internal Revenue
> Code or (ii) promoting, marketing or recommending to another
> party any transaction or matter addressed herein.
>

4/22/2007

========================================================================
>
>


Peter Gentile
7976 Cranes Pointe Way
West Palm Beach FL. 33412
(203) 246-6091