UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In the Matter of the Arbitration of                        :
                                                           :
SECURITY INSURANCE COMPANY OF                              :
HARTFORD Itself and as Successor in Interest to            :
THE FIRE AND CASUALTY INSURANCE                            :
COMPANY OF CONNECTICUT and THE                             :
CONNECTICUT INDEMNITY COMPANY,                             :
                                                           :
                      Claimant,                        :
                                                           :
          -against-                                  :
                                                           :
COMMERCIAL RISK REINSURANCE                                :
COMPANY LIMITED (BERMUDA) and                              :
COMMERCIAL RISK RE-INSURANCE                               :
COMPANY (VERMONT),                                         :
                                                           :
                     Respondents.                    :
                                                           :
------------------------------------------------------------ x

TO BE FILED UNDER SEAL

Civil Action No.

RULE 7.1 DISCLOSURE OF
SECURITY INSURANCE
COMPANY OF HARTFORD

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Security Insurance Company of Hartford (a non-governmental party) certifies that Royal Indemnity Company is the parent company of said party, and that no publicly held corporation owns 10% or more of the stock of said party.

Dated: New York, New York
       April 24, 2007

STROOCK & STROOCK & LAVAN LLP

By: _____
Michele L. Jacobson (MJ-4297)
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Attorneys for Petitioners

*Index No.*

| UNITED STATES DISTRICT COURT | TO BE FILED |
| SOUTHERN DISTRICT OF NEW YORK | UNDER SEAL |

In the matter of the Arbitration of

SECURITY INSURANCE COMPANY OF HARTFORD Itself and as Successor in Interest to THE FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT and THE CONNECTICUT INDEMNITY COMPANY,

Petitioner,
-against-

COMMERCIAL RISK REINSURANCE COMPANY LIMITED (BERMUDA) and COMMERCIAL RISK RE-INSURANCE COMPANY (VERMONT),

Respondents.

## RULE 7.1 STATEMENT OF PETITIONER SECURITY INSURANCE COMPANY OF HARTFORD

*Attorneys for* STROOCK & STROOCK & LAVAN LLP
Petitioner

180 MAIDEN LANE
NEW YORK, NEW YORK 10038-4982
212 806 5400

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY — that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT — that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court,
at
on                    20      , at           M.

Dated:

STROOCK & STROOCK & LAVAN LLP
*Attorneys for*

To:
180 MAIDEN LANE
NEW YORK, NEW YORK 10038-4982
212 806 5400