# EXHIBIT 16

Message                                                                  Page 1 of 1

**From:** Lewner, Andrew S. [mailto:ALEWNER@stroock.com]
**Sent:** Tuesday, December 05, 2006 2:22 PM
**To:** David Thirkill; theo; Haber Martin D
**Cc:** Jacobson, Michele L.; Higgins, John
**Subject:** DIG and Non-DIG Arbitrations

Members of the Panel:

The parties in the above-referenced arbitrations have conferred, and have agreed to move the DIG Hearing to the weak previously set aside for Non DIG (March 5-9). In addition, Claimant has advised counsel for Commercial Risk that we are also available during the previous week from Tuesday, February 27 through Friday, March 2, and counsel for Commercial Risk has agreed to check his client's availability for those dates and let us know promptly. If those days are acceptable to Commercial Risk and to the Panel, then Claimant will agree to conduct the Non-DIG hearing and the DIG hearing together during those two weeks. If those dates are unacceptable, however, we will conduct only the DIG hearing during March 5-9, and will have to schedule additional dates at some point in the future for the Non-DIG hearing. If this is unacceptable to the Panel, please let us know.

Respectfully submitted,

Andrew S. Lewner, Esq.
Stroock & Stroock & Lavan, LLP
Direct Dial: 212-806-5820
Desktop Fax: 212-806-7820
E-mail: alewner@stroock.com


4/16/2007

```
-----Original Message-----
From: David Thirkill <coomac@comcast.net>
To: Jacobson, Michele L.; John Higgins <JHiggins@damato-lynch.com>; Lewner, Andrew S.
CC: Haber Martin D <haberlaw@aol.com>; theo Com <theo.dielmann@th-dielmann.com>
Sent: Fri Dec 29 09:59:08 2006
Subject: Non-DIG Postponed Hearing
```

Dear Counsel,

The Panel has conferred regarding possible dates for the postponed non-DIG hearing. As suspected, there are not too many available dates.
   The week that would suit us all the best would be the week of June 25th. We could also possibly do the week of April 9. Please advise our availability.

Thanks and Happy New Year

David Thirkill
For the panel

1

Message

Page 1 of 2

-----Original Message-----
From: coomac@comcast.net [mailto:coomac@comcast.net]
Sent: Monday, January 29, 2007 6:27 PM
To: Shulman, Regan; JHiggins@damato-lynch.com; Jacobson, Michele L.; Lewin, Robert; Lewner, Andrew S.
Cc: haberlaw@aol.com; theo.dielmann@th-dielmann.com
Subject: Re: Non-Dig Amended Schedule

Dear Counsel

The Panel confirms that the NON DIG hearing will take place during the week of June 25th. Please note an amended schedule below. The items in RED should have been completed or be in the process of completeion. We request you inform us of their status. The items in blue replace those in the previous schedule.

Thank you

David Thirkill
For the Panel

## Non-DIG 2nd Amended Schedule

| Organizational Meeting | March 28, 2006 |
|---|---|
| Serve Document Requests /Audit Plan Submitted | June 20, 2006 |
| Serve Responses / Objections to Document Requests or Audit Plan | June 27, 2006 |
| Complete Document Production | September 8, 2006 |
| Serve Privilege Logs | September 15, 2006 |
| Exchange Preliminary Lists of Witnesses | September 28, 2006 |
| Commercial Risk to provide audit report | October 9, 2006 |
| Fact Deposition Discovery | October 9, 2006 – January 5, 2006 |
| Status Call | October 16, 2006 |
| Exchange Expert Reports | December 8, 2006 |
| Exchange Rebuttal Expert Reports | January 5, 2006 |
| Expert Deposition Discovery | January 22 – February 2, 2007 |
| Status Call | May 1, 2007 |
| **Exchange Pre-Hearing Briefs** | **May 11. 2007** |
| **Exchange Reply Briefs** | **June 1, 2007** |
|  |  |

2/12/2007

Message

| | |
|---|---|
| Exchange Preliminary Exhibit ■■ts | June 1, 2007 |
| Exchange Hearing Witness Lists | June 5, 2007 |
| Exchange of Deposition Designations (for witnesses who are not appearing at the hearing) | June 8, 2007 |
| Exchange of Deposition Counter-Designations | June 14, 2007 |
| Hearing | June 25. 2007 |