# EXHIBIT 17

ARBITRATION BOARD CONVENED IN
NEW YORK, NEW YORK
------------------------------------------------------------x
In the Matter of the Arbitration of

SECURITY INSURANCE COMPANY OF
HARTFORD Itself and as Successor in Interest to
THE FIRE AND CASUALTY INSURANCE      **Panel:**
COMPANY OF CONNECTICUT and THE
CONNECTICUT INDEMNITY COMPANY,     David Thirkill (Umpire)
    Theodor Dielmann
                      Claimant,     Martin Haber

        -against-

COMMERCIAL RISK REINSURANCE
COMPANY LIMITED (BERMUDA) and
COMMERCIAL RISK RE-INSURANCE
COMPANY (VERMONT),

                      Respondents.
(DIG)
------------------------------------------------------------x

## INTERIM FINAL AWARD

**Whereas** the parties to the above-referenced proceeding have conducted a hearing from March 5, 2007 through March 9, 2007 before the fully convened Panel; and

**Whereas** the fully convened Panel has deliberated and considered the documents, testimony, briefs and arguments set forth by both parties;

**The Panel (by a majority decision) hereby issues the following INTERIM FINAL AWARD:**

1. The 1999 Quota Share Reinsurance Agreement (effective July 1, 1999 through August 31, 1999) and the 2000 Quota Share Reinsurance Agreements (effective September 1, 2000 through March 1, 2001) that were the subject of this arbitration are in full force and effect;

2. Respondents are directed to pay Claimant the amount of $20,754,990, which represents balances due under the 1999 and 2000 Reinsurance Agreements within 30 days of the date of the issuance of this Interim Final Award. Should Respondents fail to do so, Claimant shall be entitled to draw down the security posted by Respondents.

3. Respondents are further directed to pay Claimant interest in the amount of $1,300,000 within thirty days of the date of the issuance of this Interim Final Award. Any amount not paid shall accrue interest at the rate of 10% per annum.

4. Upon satisfaction by Respondents of the full amounts due and owing under this Interim Final Award, the parties are directed to confer as to the release of security posted by Respondents;

5. All other claims for relief asserted by either party to this arbitration are denied; and

6. This Panel shall remain constituted until all parts of this Order have been fully performed.

Dated this 11th day of March, 2007

By the Panel:

_____
David Thirkill (Umpire)
On Behalf of The Panel