# EXHIBIT 25

```
From: Higgins, John [mailto:JHiggins@damato-lynch.com]
Sent: Wednesday, April 04, 2007 5:25 PM
To: Jacobson, Michele L.
Cc: Lewner, Andrew S.; coomac@comcast.net; haberlaw@aol.com;
theo.dielmann@th-dielmann.com
Subject: Non-DIG
```

Michele,
I'm sorry to not having had a chance to respond today. We will have a letter in your hands tomorrow on an arbitrator for non-DIG.

Best,
JPH

John P. Higgins
D'Amato & Lynch
70 Pine Street
New York, New York 10270-0110
Direct Dial: (212) 909-2036
Main No: (212) 269-0927
E-mail: JHiggins@damato-lynch.com