| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | TO BE FILED UNDER SEAL |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the matter of the Arbitration of

SECURITY INSURANCE COMPANY OF HARTFORD
Itself and as Successor in Interest to
THE FIRE AND CASUALTY INSURANCE COMPANY
OF CONNECTICUT and THE CONNECTICUT
INDEMNITY COMPANY,

         Petitioner,

    -against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK RE-
INSURANCE COMPANY (VERMONT),

         Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action, File No. _____

**NOTICE OF
RELATED CASE**

   Pursuant to Local Rule 1.6(a), attorneys for Petitioner Security Insurance Company of Hartford itself and as successor in Interest to The Fire and Casualty Insurance Company of Connecticut and the Connecticut Indemnity Company ("SICH") hereby give notice that the instant action, filed under seal, is related to the following case currently pending before this Court (the "Related Case"):

<u>**Commercial Risk Reinsurance Co. Ltd. et al. v. Security Ins. Co. of Hartford,**</u>
**Case No. 07 Civ 2772 (Judge Victor Marrero)**

   The two actions share common facts relating to two arbitration proceedings arising out of reinsurance contracts between the Petitioner here (Respondent in the Related Case) and Respondents here (Petitioners in the Related Case). For convenience, the two arbitration proceedings have, for over a year, been referred to by the parties as the "DIG Arbitration" and

the "Non-DIG Arbitration." The instant action and motion to compel have become necessary because of Respondents' refusal to comply with the terms of an arbitration agreement in the Non-DIG Arbitration. The refusal was apparently precipitated by an adverse ruling in the DIG Arbitration – which Respondents here are seeking to vacate in the Related Case – issued by an arbitration panel comprised of the same three people as were appointed in the Non-DIG Arbitration. As such, the two cases will involve common issues of fact between the same parties.

Further, pursuant to a confidentiality agreement, the instant case is being filed under seal. Under an identical confidentiality agreement between the parties, the Related Case was also filed, and is pending, under seal, before Judge Marrero.

Petitioner provides this notice of relevant facts to assist in a determination that the instant case should be heard by the judge presiding over the Related Case, Judge Victor Marrero, to avoid unnecessary duplication of judicial effort, to avoid complications related to filing two separate but similar matters under seal pursuant to two identical confidentiality agreements, and for convenience of the court and the parties.

Dated: New York, New York
April 24, 2007

STROOCK & STROOCK & LAVAN LLP

By: /s/ Regan A. Shulman
Regan A. Shulman (RAS-7543)
*Attorneys for Petitioner*
180 Maiden Lane
New York, New York 10038
(212) 806-5400